IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| | ) Cr. No.: 25-10074-STA |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| MICHAEL EUGENE MARTIN, | ) |
| Defendant. | ) ) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

## COUNT 1

On or about November 3, 2022, in the Western District of Tennessee, the defendant,

---------------------------------- **MICHAEL EUGENE MARTIN** ----------------------------------

knowingly and intentionally distributed and possessed with the intent to distribute fentanyl, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

DATE: 10/8/25

JOSEPH C. MURPHY, JR.
Interim United States Attorney
Western District of Tennessee

CAROLINE F. PARISH
Assistant United States Attorney